424836

(Revised 10/01) Admission Pro Hac Vice

# UNITED STATES DISTRICT COURT

District of Minnesota
Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

MOTION FOR ADMISSION PRO HAC VICE

Case Number: 02-CV-0014 DWF/AJB

Case Title: Genesis Equipment & Manufacturing, Inc. v. The Stanley Works

## Affidavit of Movant

I, Michael A. Ponto, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Ronald J. Cohen, an attorney admitted to practice in the District of Connecticut, but not admitted to the bar of this court, who will be counsel for ☐ plaintiff ☒ defendant The Stanley Works in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature — 203944 MN Attorney License # — 2/19/02 Date

## Affidavit of Proposed Admittee

I, Ronald J. Cohen, am currently a member in good standing of the U.S. District court for the District of Connecticut, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Ronald J. Cohen Type/Print Name — [signature] Signature — Feb. 13, 2002 Date

Attorney License Number: CT 04158

Law Firm Name & Address: Tyler, Cooper & Alcorn, 205 Church Street, P.O. Box 1936, New Haven, CT 06509-1910

Telephone: (203) 784-8200

Motion Granted: [signature]

For the Court: Richard D. Sletten, Clerk — FEB 21 2002 Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FEB 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK