**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Genesis Equipment & Manufacturing, Inc., a Wisconsin corporation,

Plaintiff,

v.

The Stanley Works, a Connecticut corporation,

Defendant.

**Case No. 01-CV-0014 (DWF/AJB)**

**Stipulated Motion and Order for the Amendment of the Scheduling Order**

**WHEREAS,** the Pretrial Scheduling Order in this matter, which relates to the first phase of this action, established an August 1, 2002, deadline for the completion of discovery and the filing of non-dispositive motions, but set a December 1, 2002, trial-ready date; and

**WHEREAS,** for the convenience of the parties and witness, the parties desire to amend the discovery and non-dispositive motion deadline without affecting either the trial-ready date or the dispositive motion deadline;

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by the undersigned parties to this action as follows:

1. The deadline for the completion of discovery may be amended such that all discovery related to the first phase of this action shall be completed by October 1, 2002;

JUN 2 8 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

2. The deadline for the filing of any non-dispositive motions related to the first phase of this action may be amended such that all non-dispositive motions shall be filed by October 1, 2002; and

3. The remaining deadlines set forth in the Scheduling Order shall not be affected by such amendments.

Respectfully submitted,

Dated this 25th of June, 2002.

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By_______________________________
David E. Oslund (#83033)
Thomas C. Mahlum (#025391)

2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
Phone: 612-349-8500
Fax: 612-339-4181

**ATTORNEYS FOR PLAINTIFF GENESIS EQUIPMENT & MANUFACTURING, INC.**

Dated this 26 of June, 2002.

**FAEGRE & BENSON, P.A.**

_______________________________
John B. Gordon #36237
Michael A. Ponto #203944

2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

-and-

Michael Dorney
TYLER COOPER & ALCORN, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910

**ATTORNEYS FOR DEFENDANT THE STANLEY WORKS**

**IT IS SO ORDERED:**

Dated: 6/28/02

Arthur J. Boylan
United States Magistrate Judge