**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

| | | |
|---|---|---|
| Genesis Equipment & Manufacturing, Inc., Plaintiff, vs. The Stanley Works, a Connecticut corporation, Defendant. | ) | Civil Action No. 02-CV-0014 DWF/AJB **STIPULATION AND ~~(PROPOSED)~~ ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Genesis Equipment & Manufacturing, Inc. and Defendant The Stanley Works, acting through their undersigned counsel of record, hereby Stipulate that the above-captioned action, including all remaining claims and counterclaims asserted therein, be dismissed with prejudice, with each party to bear its own costs and expenses, including attorney's fees.

Dated: October 14, 2002

David E. Oslund (# 83033)
Thomas C. Mahlum (# 0259391)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

Attorneys for Plaintiff Genesis Equipment & Manufacturing, Inc.

John B. Gordon (# 36237)
Michael A. Ponto (# 203944)
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000

and

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Michael J. Dorney(admitted pro hac vice)
Ronald J. Cohen (admitted pro hac vice)
TYLER COOPER & ALCORN, LLP
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
(203) 784-8200

Attorneys for Defendant
The Stanley Works

**ORDER**

Pursuant to the above Stipulation, IT IS HEREBY ORDERED that the above-captioned action, including all remaining claims and counterclaims asserted therein, be and hereby is dismissed with prejudice, with each party to bear its own costs and expenses, including attorney's fees.

Dated: October 16, 2002

The Honorable Donovan Frank
United States District Court Judge

M1:922850.01